

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 3, 2021

**BY ECF**                                          **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. William Sinclair,* S2 17 Cr. 243 (SHS)

Dear Judge Stein:

    The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 14, 2021, be adjourned to a date and time convenient to the Court in or after March 2022, in light of the current status of related proceedings and the anticipated timeline of their resolution.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney for the
    Southern District of New York

By: _____
    Kiersten A. Fletcher
    Robert B. Sobelman
    Sheb Swett
    Assistant United States Attorneys
    (212) 637-2238 / 2616 / 6522

Cc: Lisa Scolari, Esq. (by ECF)

**The sentencing is adjourned to March 17, 2022, at 10:00 a.m.**

**Dated:** New York, New York
       September 8, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.