

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 22, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. William Sinclair,* S2 17 Cr. 243 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 13, 2022 to October 26, 2022 at 11:00 a.m. The Government has conferred with counsel to the defendant, who consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kiersten A. Fletcher
Robert B. Sobelman
Sheb Swett
Assistant United States Attorneys
(212) 637-2238 / 2616 / 6522

Cc: Lisa Scolari, Esq. (by ECF)

**The sentencing is adjourned to October 26, 2022, at 11:00 a.m. Defense submissions are due by October 5, the government submissions are due by October 12.**

Dated: New York, New York
       July 26, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.