**LISA SCOLARI**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
scolarilaw@gmail.com
212-227-8899

October 4, 2022

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. William Sinclair
17 Cr. 243 (SHS)

Your Honor

I write to request a week extension of time to file a defense sentencing memorandum in the above case which is due today. Mr. Sinclair's sentence is scheduled for October 26, 2022 and we do not want to adjourn the sentence However, I have yet to receive the final pre-sentence report and need time once I receive it to review it with Mr. Sinclair and prepare a sentencing submission.

The government, by Kiersten Fletcher, Esq., consents to this application. Therefore, I request an extension to time to file the defense sentencing submission to October 12, 2022.

Respectfully,

*Lisa Scolari*

Lisa Scolari

The request for an extension of time to file the defense sentencing submission to October 12 is granted. The government's submission is due by October 19.

Dated: New York, New York
October 6, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.