LISA SCOLARI  
Attorney at Law  
20 VESEY STREET, SUITE 400  
NEW YORK, NEW YORK 10007  
scolarilaw@gmail.com  
(212) 227-8899

December 12, 2022

Sidney H. Stein  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, N.Y. 10007  
via ECF

**MEMO ENDORSED**

Re: United States v. William Sinclair,  
17 Cr. 243 (SHS)

Your Honor:

I write to request that the Court set a new surrender for Mr. Sinclair as the designation process doesn't begin until the judgment is filed and it takes two to three months for a prison designation to be made.

I further request that the Court accept a belated designation recommendation–that Mr. Sinclair be designated to either Schuylkill Camp or McKean Camp.

Respectfully,  
Lisa Scolari  
Lisa Scolari

**Defendant's surrender date is adjourned to January 20, 2023.**

Dated: New York, New York  
December 13, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.